```
                                                    FILED
IN THE UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF TEXAS              FEB 1 4 2005
          SAN ANTONIO DIVISION
                                          CLERK, U.S. DISTRICT COURT
                                          WESTERN DISTRICT OF TEXAS
                                          BY_____
                                                    DEPUTY CLERK
```

| | |
|---|---|
| BOARD OF REGENTS OF THE § <br> UNIVERSITY OF TEXAS SYSTEM, § <br> An Agency of the State of Texas, and § <br> RADWORKS CORPORATION, § <br> A Texas Corporation, § <br> § <br> Plaintiffs, § <br> § <br> § <br> V. § <br> § <br> EASTMAN KODAK COMPANY, § <br> A New Jersey Corporation, § <br> PRACTICEWORKS, INC., § <br> A Delaware Corporation, § <br> PRACTICEWORKS SYSTEMS, L.L.C., § <br> A Georgia Limited Liability Company, § <br> PRACTICEWARES, INC., § <br> A Delaware Corporation, and § <br> JOHN DOES 1 thru 10, § <br> § <br> Defendants. § | CIVIL ACTION NO. SA-04-CA-0912-XR |

## MOTION FOR ENTRY OF SCHEDULING ORDER

The parties have conferred and agreed to the Scheduling Order attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the Scheduling Order attached hereto as Exhibit A be entered by the Court.



1

Respectfully submitted,

GUNN & LEE, P.C.
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
210/886-9500
210/886-9883 Fax

By: /s/ Ted D. Lee
Ted D. Lee
State Bar No. 12137700
Miguel Villarreal, Jr.
State Bar No. 24042095

ATTORNEYS FOR PLAINTIFFS,
THE BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM and
RADWORKS CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing "Motion for Entry of Scheduling Order" was served on the following attorney(s) of record by facsimile and by first class mail on this 14th day of February, 2005:

Jeffrey R. Parsons
Bruce C. Morris
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd. 25th Floor
Houston, TX 77056

Stephen M. Hankins
Jeffrey R. Williams
Paul M. Previde
Morganstein & Jubelirer, L.L.P.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

/s/ Miguel Villarreal, Jr.
Miguel Villarreal, Jr.

G:\TDL\Radworks\Kodak\Pleadings\Motion for Entry of Scheduling Order.doc

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE<br>UNIVERSITY OF TEXAS SYSTEM,<br>An Agency of the State of Texas, and<br>RADWORKS CORPORATION,<br>A Texas Corporation,<br><br>    Plaintiffs,<br><br><br><br>EASTMAN KODAK COMPANY,<br>A New Jersey Corporation,<br>PRACTICEWORKS, INC.,<br>A Delaware Corporation,<br>PRACTICEWORKS SYSTEMS, L.L.C.,<br>A Georgia Limited Liability Company,<br>PRACTICEWARES, INC.,<br>A Delaware Corporation, and<br>JOHN DOES 1 thru 10,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br>CIVIL ACTION NO. SA-04-CA-0912-XR |

## SCHEDULING ORDER

  Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

  1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **March 29, 2005**.

  2. The parties' initial disclosures shall be made on **March 29, 2005**.

  3. Plaintiffs shall submit a written offer of settlement to opposing parties by **April 15, 2005**, and each opposing party shall respond, in writing, by **April 22, 2005**.

  3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **May 16, 2005**.



01931.00014
558260.1

4. *Markman* Hearing Deadlines

    a. Designation of Plaintiffs' *Markman* witnesses, if any, including experts shall be served by **September 2, 2005**.
    b. Plaintiffs' *Markman* brief shall be filed and served by **September 2, 2005**.
    c. Designation of Defendants' *Markman* witnesses, if any, including experts shall be served by **September 16, 2005**.
    d. Defendants' *Markman* brief shall be filed and served by **September 16, 2005**.
    e. Plaintiffs shall file any reply brief to defendants' *Markman* brief by **September 26, 2005**.
    f. The parties are to exchange, with an index, all exhibits that will be provided to the Court for the *Markman* hearing by **October 3, 2005**.
    g. The parties are to file any objections to *Markman* exhibits by **October 10, 2005**.
    h. Further, not less than **seven (7)** days prior to the *Markman* hearing, the parties shall confer and attempt to reduce the number of issues for the *Markman* hearing and provide a list to the Court of any outstanding claim construction or evidentiary issues.

5. The *Markman* hearing is set for **October 21, 2005**, at 9:30 a.m.

6. Plaintiffs shall FILE their designation of potential witnesses, testifying experts, and proposed exhibits, and shall SERVE on all parties, but not file the materials required by Fed.R.Civ.P. 26(a)(2)(B) **not later than four (4) weeks after the Court's ruling on the *Markman* hearing**. Defendants shall FILE their designation of potential witnesses, testifying experts, and proposed exhibits, and shall SERVE on all parties, but not file the material required by Fed.R.Civ.P. 26(a)(2)(B) **not later than eight (8) weeks after the Court's ruling on the *Markman* hearing**. All designations of rebuttal experts shall be FILED within 15 days of receipt of the report of the opposing expert.

7. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **21** days of receipt of the written report of the expert's proposed testimony, or within **21** days of the expert's deposition, if a deposition is taken, whichever is later.

8. All dispositive motions shall be filed **not later than twelve (12) weeks after the Court's ruling on the *Markman* hearing**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to **20** pages in length.

9. The parties shall complete all discovery **not later than twelve (12) weeks after the Court's ruling on the *Markman* hearing**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court

except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

10. This case is set for trial on _____ at _____ __.m. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

SIGNED and ENTERED this _____ day of _____, 2005.

---

Xavier Rodriguez
United States District Judge

AGREED: _____

Ted D. Lee
Miguel Villarreal, Jr.
Gunn & Lee, P.C.
700 N. St. Mary's St., Suite 1500
San Antonio, TX 78205

ATTORNEYS FOR PLAINTIFFS

AGREED:

---

Jeffrey R. Parsons
Bruce C. Morris
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd. 25th Floor
Houston, TX 77056

Stephen M. Hankins
Jeffrey R. Williams
Paul M. Previde
Morganstein & Jubelirer, L.L.P.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

ATTORNEYS FOR DEFENDANTS

G:\TDL\Radworks\Kodak\Pleadings\Scheduling Order(revised).doc

3

except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

       10.   This case is set for trial on _____ at _____ .m. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

       SIGNED and ENTERED this _____ day of _____, 2005.

_____
Xavier Rodriguez
United States District Judge

AGREED:

_____
Ted D. Lee
Miguel Villarreal, Jr.
Gunn & Lee, P.C.
700 N. St. Mary's St., Suite 1500
San Antonio, TX 78205

ATTORNEYS FOR PLAINTIFFS

AGREED: */s/ [signature]*
_____
Jeffrey R. Parsons
Bruce C. Morris
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, 25th Floor
Houston, TX 77056

Stephen M. Hankins
Jeffrey R. Williams
Paul M. Previde
Morgenstein & Jubelirer, L.L.P.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

ATTORNEYS FOR DEFENDANTS

G:\TDL\Radworks\Kodak\Pleadings\Scheduling Order(revised).doc