IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTIS OF THE UNIVERSITY OF TEXAS SYSTEM, An Agency of the State of Texas, and RADWORKS CORPORATION, A Texas Corporation<br><br>Plaintiffs,<br><br>VS.<br><br>EASTMAN KODAK COMPANY, A New Jersey Corporation, Et Al<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CRIMINAL NO.  SA-04-CA-0912-XR |

FILED
MAR 8 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK

## ORDER SETTING PRELIMINARY HEARING

It is hereby **ORDERED** that the above entitled and numbered cause is set for **PRELIMINARY HEARING VIA TELECONFERENCE** in Courtroom Number 3 Chambers, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Durango Boulevard, San Antonio, Texas, on **Wednesday, March 23, 2005 at 2:00 P.M.**.

It is SO ORDERED this 8th day of March, 2005.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE