FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2005 MAR 30 A 9: 32

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, An Agency of the State of Texas, and RADWORKS CORPORATION, A Texas Corporation,<br><br>Plaintiffs,<br><br>V.<br><br>EASTMAN KODAK COMPANY., A New Jersey Corporation, PRACTICEWORKS, INC., A Delaware Corporation, PRACTICEWORKS SYSTEMS, L.L.C., A Georgia Limited Liability Company, PRACTICEWARES, INC., A Delaware Corporation, and JOHN DOES 1 thru 10,<br><br>Defendants. | CIVIL ACTION NO. SA-04-CA-0912-XR |

### REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Court's Scheduling Order, a report on alternative dispute resolution in compliance with Local Rule CV-88(b) must be filed by March 29, 2005.

The parties have agreed to exchange settlement positions, to be followed by settlement discussions, and are hopeful that pursuant thereto the above-identified case can be resolved without the use ADR.

The identity of the person responsible for the settlement negotiations is as follows:

| PARTY | PERSON RESPONSIBLE |
|---|---|
| Board of Regents of the University of Texas System | Beth Lynn Maxwell |
| Radworks Corporation | Dr. Brent Dove |



1

| Defendants (PracticeWorks, Inc., PracticeWorks Systems LLC and Eastman Kodak Company) | Peter C. Cody |

Only if the current settlement negotiations fail would alternative dispute resolution be appropriate in this case. Counsels for both sides certify their clients have been informed of the alternative dispute resolution procedures available in this district.

                                      Respectfully submitted,

GUNN & LEE, P.C.
700 N. St. Mary's St., Suite 1500
San Antonio, TX 78205
210/886-9500
210/886-9883 Fax

By: _____
     Ted D. Lee (State Bar No. 12137700)
     Miguel Villarreal, Jr. (State Bar No. 24042095)

ATTORNEYS FOR PLAINTIFFS,
THE BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM and
RADWORKS CORPORATION

BIERNE MAYNARD & PARSONS, L.L.P.
Jeffrey R. Parsons
Bruce C. Morris
1300 Post Oak Blvd. 25th Floor
Houston, TX 77056

MORGENSTEIN & JUBELIRER, L.L.P.
Stephen M. Hankins
Jeffrey R. Williams
Paul M. Previde
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105

By: _____
     Stephen M. Hankins

ATTORNEYS FOR DEFENDANTS
EASTMAN KODAK COMPANY,
PRACTICEWORKS, INC.,
PRACTICEWORKS SYSTEMS, L.L.C.,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Report on Alternate Dispute Resolution was served by first class mail on the following attorney of record on this the 30th day of March, 2005:

Jeffrey R. Parsons
Bruce C. Morris
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd. 25th Floor
Houston, TX 77056

Stephen M. Hankins
Jeffrey R. Williams
Paul M. Previde
Morganstein & Jubelirer, L.L.P.
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Miguel Villarreal, Jr.

G:\TDL\Radworks\Kodak\Pleadings\Report Alt Dispute Resolution.doc