IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 0 1 2005
CLERK, U.S. ...
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM AND RADWORKS CORPORATION | § § § § |
| V. | § SA-04-CA-912 § |
| EASTMAN KODAK COMPANY, PRACTICEWORKS, INC., PRACTICEWORKS SYSTEMS, LLC., PRACTICEWARES, INC., AND JOHN DOES 1 thru 10 | § § § § § |

### ADR MEMORANDUM TO CLERK OF COURT

ADR METHOD:   Mediation ✓    Arbitration _____
              Mini-Trial _____    Summary Jury Trial _____

TYPE OF CASE: **Patent Infringement**

1. Please check one of the following:
   The case referred to ADR settled _____ or did not settle __X__.

2. My total fee and expenses were: $ 4,600.00

3. Please list names, address, and telephone numbers of all parties and all counsel of record:

| | |
|---|---|
| GUNN & LEE, P.C.<br>Miguel Villarreal<br>700 N. St. Mary's Street, Suite 1500<br>San Antonio, Texas 78205<br>(210) 886-9500<br>FAX: (210) 886-9883<br>ATTORNEYS FOR PLAINTIFFS,<br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF TEXAS AND<br>RADWORKS CORPORATION. | MORGENSTEIN & JUBELIRER, LLP<br>Stephen M. Hankins<br>One Market, Spear Tower, 32nd Floor<br>San Francisco, California 94105<br>(415) 901-8756<br>FAX: (415) 901-8701<br>ATTORNEYS FOR DEFENDANTS,<br>EASTMAN KODAK CO.,<br>PRACTICEWORKS, INC., AND<br>PRACTICEWORKS SYSTEMS LLC |

ADR Provider

Name: Alvin L. Zimmerman   7/19/05

Date: 7/19/05    Signature: _____